## Martin v. Commonwealth.

(Decided June 20, 1913).

### Appeal from Butler Circuit Court.

Intoxicating Liquors—Purchase of by Agents of Foreign Liquor Dealers—Regulation.—While the power exists in the State to regulate the business of soliciting proposals to purchase intoxicating liquors by agents of foreign liquor dealers, this State as yet has not legislated on this subject. (See 153 Ky., 784).

NAT T. HOWARD, E. N. MAHUGH for appellant.

JAMES GARNETT, Attorney General, CHAS. H. MORRIS, Assistant Attorney General, E. BRADLEY and W. S. HOLMES for appellee.

RESPONSE TO PETITION FOR REHEARING BY JUDGE CARROLL—Overruling Petition.

So much of the opinion in this case, which is reported in 153 Ky., 784, as indicates that the state is without power to punish agents of non-resident liquor dealers who solicit orders in this state, is withdrawn. The state, under the authority of Delamater v. South Dakota, 205 U. S., 96, 51 L. Ed., 728, has power to regulate the business of soliciting proposals to purchase intoxicating liquors by agents of foreign liquor dealers, but as yet has not legislated on this subject.

The petition is overruled.